UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> BUNZL DISTRIBUTION NORTHEAST, INC. <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 04CV10959WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41**

Now comes the Plaintiff, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action without prejudice and with each party to bear its own costs pursuant to F.R.C.P. 41(a)(1)(i) as the Defendant has neither filed an answer nor motion for summary judgment.

Dated: August 19, 2004

Respectfully submitted,

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER
By his Attorney,

 /S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA  02109
(617) 338-1976